# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

    **Debtor:** MICHELE DAVIDSON-THOMAS
    **Case Number:** 11-24572-CMB     **Chapter:** 13
    **Date / Time / Room:** THURSDAY, JULY 28, 2016  11:30 AM   3251 US STEEL
    **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
7/29/16 9:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

    #84 Amended Plan Dated 6/29/2016- FC
    R / M #: 84 / 0

*Appearances:*

    Debtor: Milevo
    Trustee: Winnecour / Bedford / (Pail) / Katz
    Creditor:

*Proceedings:*

    Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __8/11/16__ at __11:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: