# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

***Conciliation Conference:*** 

| | |
|---|---|
| **Debtor:** | MICHELE DAVIDSON-THOMAS |
| **Case Number:** | 11-24572-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 11, 2016 11:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
8/11/16 3:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

***Matter:***

#84 - Continued Confirmation of Plan Dated 6/29/2016 - FC
R / M #:  84 / 0

***Appearances:***

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz
Creditor:

***Proceedings:***

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. __X__ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*[Handwritten note:]* Counsel/debtor have no defense. Trustee consents.

*[Handwritten note:]* Counsel reports that debtor is unable to complete plan. Would need ~$12K.