Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Michele Davidson−Thomas** | : | Case No. 11−24572−CMB |
| **aka Michele A. Davison, aka Michele A Thomas** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | Issued Per Aug. 11, 2016 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      *AND NOW,* this **11th day of August, 2016,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                             Case No. 11-24572-CMB
Michele Davidson-Thomas                                            Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: jhel              Page 1 of 2              Date Rcvd: Aug 11, 2016
                               Form ID: 309            Total Noticed: 20
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2016.
db            +Michele Davidson-Thomas,    2219 Huntington Court North,    Wexford, PA 15090-7591
13130355       Discover Card,    PO Box 71804,    Charlotte, NC 28272
13142777      +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
14054142     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
13130357      +Sewickley Academy,    315 Sewickley Avenue,    Sewickley, PA 15143-8906
13130358       Weltman, Weinberg & Reis,    1400 Koppers Building,    Pittsburgh, PA 15219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             EDI: AIS.COM Aug 12 2016 00:33:00      American InfoSource LP as agent for T Mobile/T-Mob,
               PO Box 248848,    Oklahoma City, OK   73124-8848
cr            +EDI: BANKAMER.COM Aug 12 2016 00:33:00      BANK OF AMERICA, N.A.,    2380 Performance Drive,
               Richardson, TX 75082-4333
cr             EDI: RECOVERYCORP.COM Aug 12 2016 00:33:00      Recovery Management Systems Corporation,
               25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
13231145       EDI: BECKLEE.COM Aug 12 2016 00:33:00      American Express Bank, FSB,   c o Becket and Lee LLP,
               POB 3001,    Malvern, PA 19355-0701
13137703       EDI: AIS.COM Aug 12 2016 00:33:00      American InfoSource LP as agent for,
               T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK   73124-8848
13130351      +EDI: AMEREXPR.COM Aug 12 2016 00:33:00      AmericanExpress,    PO Box 26312,
               Lehigh Valley, PA 18002-6312
13135069       EDI: BANKAMER2.COM Aug 12 2016 00:33:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
               Wilmington, DE 19886-5102
13203175      +EDI: BANKAMER.COM Aug 12 2016 00:33:00      BANK OF AMERICA, N.A., Et al,
               BANKRUPTCY DEPARTMENT,    BANK OF AMERICA, N.A.,    7105 CORPORATE DRIVE,    PLANO, TX 75024-4100
13130352       EDI: BANKAMER.COM Aug 12 2016 00:33:00      Bank of America,    PO Box 15222,
               Wilmington, DE 19886-5222
13130354      +EDI: CAPITALONE.COM Aug 12 2016 00:33:00      Capital One,    PO Box 105474,
               Atlanta, GA 30348-5474
13155049       EDI: DISCOVER.COM Aug 12 2016 00:33:00      Discover Bank,    Discover Products Inc.,
               PO Box 3025,    New Albany, OH  43054-3025
13175478       EDI: PRA.COM Aug 12 2016 00:33:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
               Norfolk VA 23541
13130356      +EDI: RMSC.COM Aug 12 2016 00:33:00      PayPal Plus,    Po Box 960080,    Orlando, FL 32896-0080
13142121       EDI: RECOVERYCORP.COM Aug 12 2016 00:33:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank of America, N.A.
cr             Bank of America, N.A.
cr*          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage, LLC.,    PO Box 619096,
               Dallas, TX  75261-9741)
13130353*     +Bank of America,    PO Box 15222,    Wilmington, DE 19886-5222
                                                                                 TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2016                                   Signature:  /s/Joseph Speetjens

```
District/off: 0315-2         User: jhel              Page 2 of 2              Date Rcvd: Aug 11, 2016
                             Form ID: 309            Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Bank of America, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jay B. Jones    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
              Joseph Peter Nigro    on behalf of Debtor Michele   Davidson-Thomas nigroj@verizon.net,
               chrissyvock86@yahoo.com;jasonjkelley@comcast.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```