**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MICHELE DAVIDSON-THOMAS <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br>    Movant <br>    vs. <br> No Repondents. | Case No.:11-24572 <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/21/2011 and confirmed on 09/14/2011 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 94,965.26 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 94,965.26 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 3,186.77 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,186.77 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC* <br>    Acct: 7131 | 0.00 | 85,837.08 | 0.00 | 85,837.08 |
| | | | | 85,837.08 |
| **Priority** | | | | |
| JOSEPH P NIGRO ESQ <br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHELE DAVIDSON-THOMAS <br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NIGRO & ASSOCIATES LLC <br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMERICAN EXPRESS BANK FSB <br>    Acct: 2004 | 18,426.23 | 1,500.58 | 0.00 | 1,500.58 |
| FIA CARD SERVICES** SCCSR BANK OF A <br>    Acct: XXXXXXX8922 | 14,765.70 | 1,202.47 | 0.00 | 1,202.47 |
| MIDLAND CREDIT MANAGEMENT INC | 16,668.58 | 1,357.44 | 0.00 | 1,357.44 |

| 11-24572 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: XXXXXXXXX5050 | | | | |
| | DISCOVER BANK(*) | 8,857.77 | 721.35 | 0.00 | 721.35 |
| | Acct: 6699 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 646.65 | 50.55 | 0.00 | 50.55 |
| | Acct: 1300 | | | | |
| | SEWICKLEY ACADEMY | 13,618.08 | 1,109.02 | 0.00 | 1,109.02 |
| | Acct: X1162 | | | | |
| | WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX1841 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9132 | | | | |
| | RECOVERY MGT SYSTEMS CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAY B JONES ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 5,941.41 |

TOTAL PAID TO CREDITORS                                                                                             91,778.49

TOTAL CLAIMED
PRIORITY              0.00
SECURED               0.00
UNSECURED            72.983.01

Date: 09/14/2016                                       /s/ Ronda J. Winnecour
                                                       RONDA J WINNECOUR PA ID #30399
                                                       CHAPTER 13 TRUSTEE WD PA
                                                       600 GRANT STREET
                                                       SUITE 3250 US STEEL TWR
                                                       PITTSBURGH, PA  15219
                                                       (412) 471-5566
                                                       cmecf@chapter13trusteewdpa.com